# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHANNA HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) No. 1:21-cv-02759-CAP-CMS |
| | ) |
| BRAZILIAN WAX SMYRNA, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action in its entirety WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 7th day of April, 2022.

WE CONSENT AND SO STIPULATE:

| | |
|---|---|
| /s/ V. Severin Roberts, Esq. | /s/ Kenneth G. Menendez |
| V. Severin Roberts | Kenneth G. Menendez |
| Georgia Bar No. 940504 | Georgia Bar No. 502045 |
| Barrett & Farahany | Andrew J. Kim |
| P.O. Box 530092 | Georgia Bar No. 488753 |
| Atlanta, GA 30353 | FREEMAN MATHIS & GARY, LLP |
| (T) (404) 214-0120 | 100 Galleria Parkway, Suite 1600 |
| (E) severin@justiceatwork.com | Atlanta, GA 30339-5948 |
| | (T) (770) 818-0000 |
| | (E) kmenendez@fmglaw.com |
| *Counsel for Plaintiffs* | (E) akim@fmglaw.com |

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the within and foregoing **STIPULATION OF DISMISSAL** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 7th day of April, 2022.

                                       */s/ Andrew J. Kim*
                                       Andrew J. Kim
                                       Georgia Bar No. 488753

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHANNA HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAZILIAN WAX SMYRNA, )<br>LLC, )<br>)<br>Defendant. ) | Civil Action File<br>No. 1:21-cv-02759-CAP-CMS |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 7th day of April, 2022.

                                      */s/ Andrew J. Kim*
                                      Andrew J. Kim
                                      Georgia Bar No. 488753